■ In the Matter of ROBIN M. CROSS, Appellant, v WILLIAM H. DAVIS, Respondent. (Appeal No. 1.) [758 NYS2d 883] —Appeal from an order of Family Court, Ontario County (Harvey, J.), entered March 5, 2001, which, inter alia, dismissed the petition for an order of protection.

from an order of Family Court, Ontario County (Harvey, J.), entered March 5, 2001, which, inter alia, dismissed the petition for a modification of visitation.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs (*see Matter of Cross v Davis*, 298 AD2d 939 [2002]). Present—Pigott, Jr., P.J., Green, Wisner, Burns and Lawton, JJ.